**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00105-CV

## IN RE PINE TREE CAPITAL, LLC, ET AL, Relators

**Original Proceeding the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-01295**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** the motions for Richard D. Gaines' admission to appear pro hac vice to represent relators and **DENY** the petition for writ of mandamus.

/Ken Molberg//
KEN MOLBERG
JUSTICE